# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**LINDSEY GODWIN,**

    **Plaintiff,**

**v.**                             **CASE NO:  8:25-cv-01689-TPB-SPF**

**CERTIFIED COLLECTIBLES GROUP, LLC**

    **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF RESOLUTION

    Pursuant to Local Rule 3.09(a) Plaintiff, Lindsey Godwin, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, Certified Collectibles Group, LLC, has been resolved.  The parties have reached a negotiated resolution of this matter.  The agreement between the parties provides for dismissal of the lawsuit, with prejudice.  The parties are in the process of preparing and finalizing a writing reflecting their agreement and, after execution of that writing, a notice of dismissal with prejudice, with each party to bear its or her attorneys' fees and costs, will be filed with the Court

    Dated this 27th day of October, 2025.

                                            Respectfully submitted,

                                            */s/ Brandon J. Hill*
                                            **BRANDON J. HILL**
                                            Florida Bar No: 37061
                                            **HANNAH E. DeBELLA**
                                            Florida Bar No: 1026002

**Wenzel Fenton Cabassa P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Direct No.: 813-337-7992
Facsimile No.: 813-229-8712
Email: bhill@wfclaw.com
Email: hdebella@wfclaw.com
Email: aketelsen@wfclaw.com
**Attorneys for Plaintiff**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of October, 2025, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brandon J. Hill*
**BRANDON J. HILL**